66 DRIVE–IN, INC., Plaintiff/Appellant,

v.

HYCEL PARTNERS III, L.P., Hycel III, Inc., and Schnuck Markets, Inc., Defendants/Respondents.

No. 66845.

Missouri Court of Appeals, Eastern District, Division Four.

May 2, 1995.

Daniel T. Rabbitt, Matthew J. Sauter, Rabbitt, Pitzer & Snodgrass, St. Louis, for appellant.

Gerard T. Carmody, Dan M. Lesicko, Bryan Cave, St. Louis, for respondent.

Before AHRENS, P.J., GRIMM, C.J., and KAROHL, J.

## ORDER

PER CURIAM.

Plaintiff 66 Drive–In appeals the dismissal of its petition against the guarantors of a development agreement for interest on plaintiff's condemnation award after the developer abandoned the condemnation of plaintiff's land.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).